

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 19, 2020

_____

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

TIM VARELA, SR.
    aka TIMMY VARELA
    aka TIMMY VARELA SR.

Debtor(s)

BK−14−18161−btb
CHAPTER 7

ORDER GRANTING
APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS

On 08/02/2020, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby
ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$2,853.72 is declared due to:
RAL Money Finders LLC, Assignor Tim Varela, Sr.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
RAL Money Finders LLC
8101 Sandy Springs Road, Suite 300
Laurel, MD 20707

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###